# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10627-TPA |
| Raymond Thomas Chorney | : Chapter 13 |
|     Debtor | : |
| | : |
| Select Portfolio Servicing Inc. | : Doc # ___ |
| | : |
|     Movant | : |
| vs. | : |
| Raymond Thomas Chorney | : |
|     Debtor/Respondent | : Hearing date/time: 09/16/20 at 10:00AM |
| and | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Respondent | : |

## NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENTS:

**You are hereby notified that the above Movant seeks an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **08/24/2020** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of Judge Agresti as found on his procedures web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this to your lawyer at once.**

      **A telephonic hearing** will be held on **09/16/2020** at **10:00 AM** before Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. ***All attorneys and Parties may only appear telephonically*** and must comply with Judge Agresti's Modified Telephonic Procedures which can be found at http://www.pawb.uscourts.gov/content/ judge-thomas-p-agresti. While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date. ***Pro se Parties may participate by phone at no charge*** by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

.

| | |
|---|---|
| Date of Mailing or other service: 08/07/2020 | /s / Bradley J. Osborne, Esquire |
| | Bradley J. Osborne, Esquire |
| | Hladik, Onorato & Federman, LLP |
| | Attorney I.D. # 312169 |
| | 298 Wissahickon Avenue |
| | North Wales, PA 19454 |
| | Phone 215-855-9521 |
| | Email: bosborne@hoflawgroup.com |