# THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10627-TPA |
| Raymond Thomas Chorney | : Chapter 13 |
| Debtor | : |
| | : |
| Select Portfolio Servicing Inc. | : Doc # ___ |
| | : |
| Movant | : |
| vs. | : |
| Raymond Thomas Chorney | : |
| Debtor/Respondent | : Hearing date/time: 09/16/20 at 10:00AM |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENTS:

**You are hereby notified that the above Movant seeks an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **08/24/2020** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of Judge Agresti as found on his procedures web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and Motion to your lawyer at once.**

  **A Zoom Video Conference Hearing** will be held on **09/16/2020** at **10:00 AM** before Judge Thomas P. Agresti via the **Zoom Video Conference Application ("Zoom")**. To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. ***All attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/ default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.
 .

Date of Mailing or other service: 08/13/2020  /s / Bradley J. Osborne, Esquire
                    Bradley J. Osborne, Esquire
                    Hladik, Onorato & Federman, LLP
                    Attorney I.D. # 312169
                    298 Wissahickon Avenue
                    North Wales, PA 19454
                    Phone 215-855-9521
                    Email: bosborne@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10627-TPA |
| Raymond Thomas Chorney | : Chapter 13 |
|     Debtor | : |
| | : |
| Select Portfolio Servicing Inc. | : Doc # ___ |
| | : |
|     Movant | : |
| vs. | : |
| Raymond Thomas Chorney | : |
|     Debtor/Respondent | : Hearing date/time: 09/16/20 at 10:00AM |
| and | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Respondent | : |

### CERTIFICATION OF SERVICE OF NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Bradley J. Osborne, attorney for the Movant, Select Portfolio Servicing Inc., hereby certify that I served a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **08/13/2020** upon the following:

Daniel P. Foster, Esquire
Via ECF:
dvalencik@c-vlaw.com
*Attorney for Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Raymond Thomas Chorney
7216 Sterrettania Road
Fairview, PA 16415
Via First Class Mail
*Debtor*

Dated: 08/13/2020

/s / Bradley J. Osborne, Esquire
Bradley J. Osborne, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 312169
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: bosborne@hoflawgroup.com