**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-10627-TPA |
| | : | |
| **Raymond Thomas Chorney,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Raymond Thomas Chorney,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 77 |
| | : | |
| vs. | : | |
| | : | |
| **West County Paramedic Association,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: August 20, 2020       By: /s/ Kaitlyn E. Vale
                                    KAITLYN E. VALE, PARALEGAL
                                    FOSTER LAW OFFICES
                                    1210 Park Avenue
                                    Meadville, PA 16335
                                    Tel 814.724.1165
                                    Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**WEST COUNTY PARAMEDIC ASSOCIATION**
**6852 MEADVILLE ROAD**
**GIRARD, PA 16417**