FILED
8/18/20 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-10627-TPA |
| | : | |
| **Raymond Thomas Chorney,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Raymond Thomas Chorney,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 74 |
| | : | |
| vs. | : | |
| | : | |
| **Unemployment Compensation,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| **Social Security No. xxx-xx- 0878** | : | |

**ORDER TO TERMINATE WAGE ATTACHMENT**

Upon representation of the above-named Debtor(s), having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan

**IT IS, THEREFORE, ORDERED** that the wage attachment currently in place with Unemployment Compensation, 651 Boas Street, Room 610, Harrisburg, PA 17121, is terminated.

**IT IS FURTHER ORDERED** that this Order supersedes any previous order made to the above-named entity.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to the Order of this Court.

DATED THIS __18th__ day of _____August_____, 2020

_/s/ Thomas P. Agresti_ vas
Thomas P. Agresti,
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond Thomas Chorney  
   Debtor

Case No. 18-10627-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1   User: mgut   Page 1 of 1   Date Rcvd: Aug 18, 2020  
        Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.  
db     +Raymond Thomas Chorney,   7216 Sterrettania Road,   Fairview, PA 16415-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:

   Bradley Joseph Osborne    on behalf of Creditor    Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com  
   Daniel P. Foster    on behalf of Debtor Raymond Thomas Chorney dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com  
   James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com  
   Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  
   Michael S. Jan Janin    on behalf of Creditor    Fairview Township mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com  
   Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
   Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
   William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                     TOTAL: 8