# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/17/20 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                    :       Case No.:      18-10627-TPA
                          :
Raymond Thomas Chorney    :       Chapter:       13
                          :
      *Debtor(s).*       :
                          :       Date:          9/16/2020
                          :       Time:          10:00

## PROCEEDING MEMO

**MATTER**      #69 MFRS (Select Portfolio Servicing)
                    #82 Resp. by Debtor

**APPEARANCES:**

    Debtor:     Daniel P. Foster
    Trustee:    Owen Katz
    Select Portfolio: Bradley Osborne

**NOTES:**

Foster:    This matter has been resolved. Background of matters given. Rolling the arrears into Plan. (10:26)

Osborne:    Request affidavit of default procedure.

Katz:    There is $40,000 equity in this property.

**OUTCOME:**    On or before 2 weeks, Counsel to submit Stipulation w/90 day Affidavit of Default procedure (Bank can ask for an immediate hearing if needed) and Amended Plan 2 weeks following entry of the Stipulation. MOE

*[signature]*
vas