IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10627-TPA |
| Raymond Thomas Chorney | : Chapter 13 |
|     Debtor | : |
| | : |
| Select Portfolio Servicing Inc. | : Doc # 69 |
| | : |
|     Movant | : |
| vs. | : |
| Raymond Thomas Chorney | : |
|     Debtor/Respondent | : Hearing date/time: 09/16/20 at 10:00AM |
| and | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

*AND NOW,* this **16th** day of **September, 2020,** upon the Motion of Movant, Select Portfolio Servicing, Inc., for Relief from the Automatic Stay, it is hereby:

ORDERED THAT: ~~the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 7216 Sterrettania Road, Fairview, PA 16415, to allow Movant or its successors, if any, to exercise its rights under its loan documents.~~ On agreement of the parties, on or before the 30th day of September the parties shall submit to the Court a proposed stipulation/consent order resolving this matter.

Honorable Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond Thomas Chorney  
    Debtor  

Case No. 18-10627-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Sep 17, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
db             +Raymond Thomas Chorney,    7216 Sterrettania Road,    Fairview, PA 16415-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2020 at the address(es) listed below:
       Bradley Joseph Osborne    on behalf of Creditor    Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com
       Brian  Nicholas    on behalf of Creditor    Select Portfolio Servicing, Inc. bnicholas@kmllawgroup.com
       Daniel P. Foster    on behalf of Debtor Raymond Thomas Chorney dan@mrdebtbuster.com, katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
       Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
       Michael S. Jan Janin    on behalf of Creditor    Fairview Township mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                  TOTAL: 8