**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-10627-TPA |
| Raymond Thomas Chorney | : Chapter 13 |
| Debtor | : |
| | : |
| Select Portfolio Servicing Inc. | : Doc # ___ |
| | : |
| Movant | : Related to Document No. 70, 71, 72, 73 |
| vs. | : 82, 84, 86, 87 & 88 |
| Raymond Thomas Chorney | : |
| Debtor/Respondent | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

AND NOW, this_____ day of _____, 2020:

IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein

agree that the interest of Movant is adequately protected by payment and performance as more

particularly set forth hereinafter.

02/20

BKAO001.N001

FUTHER ORDERED that as of **09/08/2020**, the post-petition arrearage is as follows, pursuant

to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 1 | 05/01/2020 | 05/01/2020 | $338.47 | $273.22 | $611.69 | $611.69 |
| 4 | 11/17/2019 | 6/17/2020 | $338.47 | $280.69 | $619.16 | $2,476.64 |
| Less post-petition partial payments (suspense balance): | | | ($323.78) | | | |

**Total: $2,764.55**

This arrearage shall be paid as follows:

Debtors are ordered to pay the total post-petition arrearage totaling a sum of **$2,764.55** by

amending/modifying the Bankruptcy plan on or before **10/30/2020.**

Regular payments in the amount of **$619.16** to be paid on or before **10/01/2020** and any

additional amount as required or allowed by the Note and Security Instrument. Payments

should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box

65450 Salt Lake City, UT 84165-0450.

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or

become 90 or more days delinquent in payments due to the Trustee, for the life of the bankruptcy

then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the

Trustee, and failure of Debtor(s) to cure such default within **10** days from the date of receipt of such

notice, Movant may file a Affidavit of default, or similar as may be required by the Court, with service

upon Debtor(s), attorney for Debtor(s) and the Trustee. And, after a scheduled hearing, the Court

may enter an Order releasing Movant from the automatic stay.

02/20

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee

shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P.

4001(a)(3) may be waived.


FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the

amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds

under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the

Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate

while the Debtor(s) remains in bankruptcy.


_____

Honorable Thomas P. Agresti
U.S. Bankruptcy Judge