Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Raymond Thomas Chorney**
Debtor(s)

Bankruptcy Case No.: 18−10627−TPA
Related to Docket No. 94
Chapter: 13
Docket No.: 95 − 94
Concil. Conf.: 5/18/21 at 09:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 25, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 18, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **5/18/21** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 11, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Raymond Thomas Chorney  
    Debtor

Case No. 18-10627-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 2  
Date Rcvd: Jan 11, 2021      Form ID: 213      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond Thomas Chorney, 7216 Sterrettania Road, Fairview, PA 16415-2812 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14868855 | + | Eastern Revenue Inc, 601 Dresher Rd., #301, Horsham, PA 19044-2238 |
| 14886868 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14883534 | + | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 14886869 | + | Fairview Township, 7471 McCray Road, Fairview, PA 16415-2401 |
| 14905455 | + | MASS STREET GROUP, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 14868857 | + | Meadville Area Ambulance Service, 872 Water Street, Meadville, PA 16335-3455 |
| 14868858 | + | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14890011 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14876183 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14868860 | + | Payliance, 3 Easton Oval, Suite 210, Columbus, OH 43219-6011 |
| 14886870 | + | Quinn, Buseck, Leemhuis, Toohey & Kroto, 2222 West Grandview Boulevard, Erie, PA 16506-4508 |
| 14868862 | + | Tupperware, Attn: Customer Care, PO Box 2353, Orlando, FL 32802-2353 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2021 02:36:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste 3000, Southfield, MI 48034-8331 |
| 14868853 | + | Email/Text: compliance@contractcallers.com | Jan 12 2021 02:38:00 | Contract Callers Inc, 501 Greene Street, Suite 302, Augusta, GA 30901-4415 |
| 14868854 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2021 02:36:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14869779 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2021 02:36:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14868856 | + | Email/Text: kthomas@eriefcu.org | Jan 12 2021 02:36:00 | Erie Federal Credit Union, 1109 East 38th Street, Erie, PA 16504-1845 |
| 14868859 | + | Email/Text: Bankruptcy@natfuel.com | Jan 12 2021 02:37:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14869587 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2021 02:09:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14904067 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 02:12:55 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15147698 | + | Email/Text: jennifer.chacon@spservicing.com | Jan 12 2021 02:38:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14868861 | + | Email/Text: bankruptcy@tebofinancial.com | Jan 12 2021 02:36:00 | Tebo Financial, Po Box 877, Massillon, OH 44648-0877 |

| District/off: 0315-1 | User: agro | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2021 | Form ID: 213 | Total Noticed: 26 |

| 14868863 | + | Email/Text: collections@widgetfinancial.com | Jan 12 2021 02:37:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fairview Township |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021　　　　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Select Portfolio Servicing Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Raymond Thomas Chorney dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com |
| Michael S. Jan Janin | on behalf of Creditor Fairview Township mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8