**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RAYMOND THOMAS CHORNEY | Case No.:18-10627 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/22/2018 and confirmed on 09/25/2018 . The case was subsequently  (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,066.44 |
| Less Refunds to Debtor | 1,643.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 30,423.03 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,800.00 | |
|   Trustee Fee | 1,538.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,338.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 17,116.17 | 0.00 | 17,116.17 |
|     Acct: 1454 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1194 | | | | |
|   FAIRVIEW TOWNSHIP** | 862.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 0196 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 10,817.63 | 481.22 | 0.00 | 481.22 |
|     Acct: 1454 | | | | |
|   CREDIT ACCEPTANCE CORP* | 15,991.15 | 6,100.47 | 2,386.54 | 8,487.01 |
|     Acct: 5629 | | | | |
| | | | | 26,084.40 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RAYMOND THOMAS CHORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RAYMOND THOMAS CHORNEY | 1,643.41 | 1,643.41 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | CONTRACT CALLERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1168 | | | | |
| | EASTERN REVENUE INCOPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4630 | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 5,086.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 7609 | | | | |
| | PAYLIANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0031 | | | | |
| | WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MEADVILLE AREA AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL FUEL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TUPPERWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NCB MANAGEMENT SERVICES INC* | 253.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 2208 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIG | 769.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WILLIAMSON AND BROWN LLC | 1,350.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7370 | | | | |
| | WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |

TOTAL PAID TO CREDITORS                                                                                          26,084.40

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 27,671.30 |
| UNSECURED | 7.459.00 |

Date: 01/27/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com