**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-10627-TPA |
| | : | |
| **Raymond Thomas Chorney,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | Related to Docket Number(s).: 102 & 111 |
| _____ | : | |
| **Raymond Thomas Chorney,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Meeting of Creditors (341 Notice), Amendment Cover Sheet and Amended Schedules on the parties listed below by First Class Pre-paid United States mail.

Date Served: February 18, 2021

Respectfully submitted,

/s/ Kathryn M. Schwartz
Kathryn M. Schwartz
Paralegal
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10627-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Feb 18 10:59:52 EST 2021 | Credit Acceptance Corporation<br>25505 W. 12 Mile Road, Ste 3000<br>Southfield, MI 48034-8331 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | SELECT PORTFOLIO SERVICING, INC<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Contract Callers Inc<br>501 Greene Street<br>Suite 302<br>Augusta, GA 30901-4415 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Eastern Revenue Inc<br>601 Dresher Rd., #301<br>Horsham, PA 19044-2238 | Erie County Tax Claim Bureau<br>140 West 6th Street<br>Room 110<br>Erie, PA 16501-1073 | Erie Federal Credit Union<br>1109 East 38th Street<br>Erie, PA 16504-1845 |
| Erie Federal Credit Union<br>3503 Peach St<br>Erie, PA 16508-2741 | Fairview Township<br>7471 McCray Road<br>Fairview, PA 16415-2401 | MASS STREET GROUP<br>WILLIAMSON AND BROWN,LLC<br>4691 CLIFTON PKWY<br>HAMBURG, NY 14075-3201 |
| Meadville Area Ambulance Service<br>872 Water Street<br>Meadville, PA 16335-3455 | Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | NCB Management Services, Inc.<br>One Allied Drive<br>Trevose, PA 19053-6945 |
| National Fuel<br>1100 State Street<br>Erie, PA 16501-1912 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Payliance<br>3 Easton Oval<br>Suite 210<br>Columbus, OH 43219-6011 | Pinnacle Credit Services, LLC its successors<br>assigns as assignee of Cellco<br>Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Quinn, Buseck, Leemhuis, Toohey & Kroto<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 |
| Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119-3284 | Tebo Financial<br>Po Box 877<br>Massillon, OH 44648-0877 | Tupperware<br>Attn: Customer Care<br>PO Box 2353<br>Orlando, FL 32802-2353 |
| Widget Financial<br>2154 East Lake Road<br>Erie, PA 16511-1140 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | (p)JOHN C  MELARAGNO<br>502 WEST SEVENTH STREET<br>ERIE PA 16502-1333 |

Raymond Thomas Chorney
7216 Sterrettania Road
Fairview, PA 16415-2812

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

John C. Melaragno, Trustee
502 West 7th Street.
Erie, PA 16502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fairview Township

(u)Select Portfolio Servicing, Inc.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33