**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 18-10627-TPA |
| | : | |
| Raymond Thomas Chorney, | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Raymond Thomas Chorney, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Movant(s) Incorrect Address:
7216 Sterrettania Road
Fairview, PA 16415

Movant(s) Correct Address:
433 McClellan Street
Cambridge Springs, PA 16403

                                                  Respectfully Submitted,

Date: March 12, 2021                    /s/ Daniel P. Foster, Esquire
                                                  Daniel P. Foster, Esquire
                                                  PA I.D. #92376
                                                  FOSTER LAW OFFICES, LLC
                                                  1210 Park Avenue
                                                  Meadville, PA 16335
                                                  Tel: 814.724.1165
                                                  Fax: 814.724.1158
                                                  Dan@MrDebtBuster.com
                                                  Attorney for Debtor