**Form 144**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Raymond Thomas Chorney**
Debtor(s)

Bankruptcy Case No.: 18–10627–TPA

Chapter: 7
Docket No.: 117

### NOTICE – REMINDER

        Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above–captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

        ***CHAPTER 7 CASES – –*** *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: April 26, 2021

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 18-10627-TPA

Raymond Thomas Chorney                                                      Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: 144 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID**         **Recipient Name and Address**
db           + Raymond Thomas Chorney, 433 McClellan Street, Cambridge Springs, PA 16403-1001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

**Name**         **Email Address**

Bradley Joseph Osborne

    on behalf of Creditor Select Portfolio Servicing  Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Brian Nicholas

    on behalf of Creditor Select Portfolio Servicing  Inc. bnicholas@kmllawgroup.com

Daniel P. Foster

    on behalf of Debtor Raymond Thomas Chorney dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

John C. Melaragno, Trustee

    on behalf of Trustee John C. Melaragno  Trustee johnm@mplegal.com,
    jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@t
    itlexi.com

John C. Melaragno, Trustee

    johnm@mplegal.com
    jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@t

District/off: 0315-1                              User: admin                                          Page 2 of 2
Date Rcvd: Apr 26, 2021                           Form ID: 144                                        Total Noticed: 1

itlexi.com

Kevin Scott Frankel
                        on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Michael S. Jan Janin
                        on behalf of Creditor Fairview Township mjanjanin@quinnfirm.com
                        mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin
                        nfirm.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

William E. Craig
                        on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 9